**Lester Arthur CORSON, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11196.**

Circuit Court of Appeals, Ninth Circuit.

June 7, 1946.

Morris Lavine, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., for appellee.

Before GARRECHT, HEALY and BONE, Circuit Judges.

PER CURIAM.

On consideration of the motion of Mr. Morris Lavine, counsel for appellant, and good cause therefor appearing, it is ordered that the motion to dismiss the appeal be, and hereby is granted, that the appeal in this cause be dismissed, that a judg-

ment be filed and entered accordingly, and the mandate of this Court in this cause issue forthwith.

See, also, 147 F.2d 437.